IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDA ANN WILLIAM PRIDGETT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 2:17cv271-TFM |

**MEMORANDUM OPINION AND ORDER**

The plaintiff applied for disability insurance benefits pursuant to Title II of the Social Security Act, 42 U.S.C. §§ 401 *et seq.*, alleging that she is unable to work because of a disability. Her application was denied at the initial administrative level. The plaintiff then requested and received a hearing before an Administrative Law Judge ("ALJ"). Following the hearing, the ALJ also denied the claim. The Appeals Council rejected a subsequent request for review. The ALJ's decision consequently became the final decision of the Commissioner of Social Security (Commissioner).[1] *See Chester v. Bowen*, 792 F.2d 129, 131 (11th Cir. 1986). The parties have consented to the United States Magistrate Judge conducting all proceedings in this case and ordering the entry of final judgment, pursuant to 28 U.S.C. § 636(c)(1) and M.D. Ala. LR 73.1. The case is now before the court for review pursuant to 42 U.S.C. §§ 405 (g) and 1631(c)(3).

---

[1] Pursuant to the Social Security Independence and Program Improvements Act of 1994, Pub.L. No. 103-296, 108 Stat. 1464, the functions of the Secretary of Health and Human Services with respect to Social Security matters were transferred to the Commissioner of Social Security.

On August 15, 2017, the defendant filed a motion to remand pursuant to sentence 4 of 42 U.S.C. § 405(g). Doc. 12. The plaintiff does not object to a remand pursuant to sentence four of 42 U.S.C. § 405(g). Accordingly, it is

ORDERED AND ADJUDGED that the decision of the Commissioner be and is hereby REVERSED and REMANDED to the Commissioner for further proceedings.

Done this 28th day of August, 2017.

      /s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE